UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LYNN EDWARD MECHAM, a/k/a LYNNE EDWARD MECHAM, <br><br> Petitioner, <br><br> v. <br><br> JOANNA SMITH, <br><br> Respondent. | Case No. 1:10-CV-00264-CV-EJL <br><br> **JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **August 17, 2011**

~~Honor~~able Edward J. Lodge
U. S. District Judge

JUDGMENT - 1